IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN F. BLAIR,<br><br>        Plaintiff,<br><br>v.<br><br>MIDWEST GENERATION, MIDWEST GENERATION, EME, LLC, EDISON INTERNATIONAL COMPANY/WAUKEGAN GENERATING STATION<br><br>        Defendants. | Case No. 10-cv-5439<br><br>Judge John W. Darrah |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted,<br><br>ALLEN F. BLAIR Plaintiff, *pro se*<br><br>*/s/ Allen F. Blair*<br>Allen F. Blair<br><br>521 Cavin Avenue<br>Winthrop Harbor, IL 60096 | MIDWEST GENERATION, MIDWEST GENERATION, EME, LLC, EDISON INTERNATIONAL COMPANY/WAUKEGEN GENERATING STATION, Defendants<br><br>By:  s/ William R. Pokorny<br>William R. Pokorny<br>wrp@franczek.com<br>Franczek Radelet P.C.<br>300 South Wacker Drive<br>Suite 3400<br>Chicago, IL 60606<br>312-986-0300 |

668984.3

## CERTIFCATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **Stipulation to Dismiss with Prejudice** to be files with the Court through the ECF filing system and served a copy upon the following party of record by regular U.S. Mail, proper postage prepaid, on this **24**[th] day of **August, 2011**:

> Allen F. Blair
> 521 Cavin Avenue
> Winthrop Harbor, IL 60096

> /s/ William R. Pokorny - 06275705
> wrp@franczek.com

> Lisa A. McGarrity - 06198304
> lam@franczek.com
> William R. Pokorny - 06275705
> wrp@franczek.com
> Franczek Radelet, P.C.
> 300 S. Wacker Drive
> Suite 3400
> Chicago, IL 60606
> (312) 986-0300

693637.1